SUMMONS Civil Action.

# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

### DIVISION OF ——————————————————

MARK Freeman        ———•———

|  |  |
|---|---|
| **Plaintiff** ) | CIVIL NO. 0014 ,2011 |
| vs. ) | |
| United Dominion ) | |
| INDustRies, INC ) | ACTION FOR |
| formerly known as AMCA- **Defendant** ) | |
| International, INC ) | |

TO : ——— ED Rhooron ————————————, DEFENDANT

Within the time limited by law (see note below) you are hereby required to appear before this Court and answer to a complaint filed against you in this action and in case of your failure to appear or answer, judgment by default will be taken against you as demanded in the complaint, for

Witness my hand and the Seal of this Court this 15 day of February ,2011.

_____
Clerk of the Court

_____
**Attorney for Plaintiff**

By : _____
Deputy Clerk

**Address :**

NOTE :   The defendant, if served personally, is required to file his answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the plaintiff's attorney within twenty (20) days after service of this summons, excluding the date of service. The defendant, if served by publication or by personal service outside of the jurisdiction, is required to file his answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the attorney for the plaintiff within thirty (30) days after the completion of the period of publication or personal service outside of the jurisdiction.

